BEFORE THE SECOND DIVISION, JUNE 17, 1942

**No. 47312.**—Protests 960758–G, etc., of Singh Singh & Co., Inc., et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain of the items in question are similar to those the subject of Abstract 45938 mufflers, hemmed or hemstitched, were held dutiable at 60 percent under paragraph 1209, and those not hemmed or hemstitched at 55 percent under the same paragraph as claimed.

BEFORE THE SECOND DIVISION, JUNE 22, 1942

**No. 47313.**—Protest 16108–K of J. Elishewitz & Sons Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain of the merchandise in question consists of knotted sisal hats the same in all material respects as those involved in Abstract 46497 the claim at 25 percent ad valorem under paragraph 1504 (b) (1) was sustained as to those items.

**No. 47314.**—Petition 6182–R of J. Ossola Co., Inc. (New York).

Opinion by TILSON, J. The record showed that the petitioner did all he could to see that the merchandise was entered at the proper value, and further that the advance which resulted in the assessment of additional duties was not in fact occasioned by the petitioner. As it was clear that there was no intent to defraud the revenue of the United States or to conceal or misrepresent any of the facts, the petition was granted.

DALLINGER, J., concurred in the conclusion.